# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 123 MAL 2020

            Respondent            :

                                :   Petition for Allowance of Appeal

                                :   from the Order of the Superior Court

            v.                   :

                                :

LEONARD ANTHONY GREEN, III,   :

                                :

            Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.